IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY BRANSBY, et al., } | |
| } | |
|     Plaintiffs, } | |
| } | CIVIL ACTION NO. |
| v. } | |
| } | 00-AR-1603-S |
| STEEL CITY PONTIAC-GMC, INC., } | |
| et al., } | |
| } | |
|     Defendants. } | |

FILED
JUN 26 P
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 26 2000

**<u>MEMORANDUM OPINION</u>**

At the status and scheduling conference conducted on June 23, 2000, in the above-entitled case it became apparent that plaintiffs, Jeremy Bransby and Wayne Bransby, have not stated and cannot state a viable federal claim or any other claim against defendant, America's First Federal Credit Union, the only defendant against which plaintiffs have arguably stated a federal claim. In fact, plaintiffs have conceded that they have no federal claim against any of the defendants. Thus, thre is no federal question jurisdiction pursuant to 28 U.S.C. § 1331. Accordingly, plaintiffs orally moved to withdraw their motion to allow an amendment to the complaint against America's First to dismiss their action against America's First and to remand the case to the state court from whence it was removed by America's First.

Plaintiffs' motions being well taken they will be granted by separate orders. The defenses interposed by the other defendants,



Steel City Pontiac-GMC, Inc. and Isuzu Motors America, Inc., including their motions for compulsory arbitration, will go with the case to the state court.

DONE this 26th day of June, 2000.

                                        WILLIAM M. ACKER, JR.
                                        UNITED STATES DISTRICT JUDGE